

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00684-CV

Michael **IDROGO**,
Appellant

v.

Monica **GONZALEZ**, et al.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-21149
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Michael Idrogo.

SIGNED December 31, 2013.

_____
Patricia O. Alvarez, Justice